UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-14086-CR-MOORE
MAGISTRATE JUDGE P.A. WHITE

ANTHONY J. SANDERS,                  :

    Movant,                      :
                                     REPORT RE GRANT OF MOTION
v.                                   :   TO PROCEED IFP ON APPEAL
                                     MOTION TO REDUCE SENTENCE
UNITED STATES OF AMERICA,            :   DENIAL APPOINTMENT OF COUNSEL
                                      (de#S 61 AND 62)
    Respondent.                  :
_____

    The pro-se movant has filed a motion to proceed in forma pauperis (DE#61) to appeal the denial of his motion to reduce sentence filed pursuant to 18 U.S.C. §3582. The motion was denied on September 16, 2008. The movant has also filed a motion for appointment of counsel for purposes of this appeal (DE#62). These motions were referred to the Undersigned Magistrate Judge.

    The movant has filed an abbreviated motion to proceed in forma pauperis. It is recommended pursuant to Fed.R.App.P. 24(a) that the motion to appeal in forma pauperis be granted. (DE#61)

    It is further recommended that motion for appointment of counsel (DE#62) be denied. There is no Sixth Amendment Right to appointment of counsel during 18 U.S.C. §3582 proceedings. Ahdwahd v US, 08-WL2563730 (ED Mo.), citing to US v Townsend, 98 F.3d 510, at 512, 513 (9th Cir. 1996).

Dated this 25th day of November, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Anthony J. Sanders, Pro Se
    Reg. No. 39637-018
    FCC-Low
    Coleman, FL
    Address of Record