## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-14086-CR-MOORE

ANTHONY J. SANDERS,

     Movant,

vs.

UNITED STATES OF AMERICA,

     Respondent

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Patrick A. White's Report and Recommendation [68] on Movant's Motion to Proceed In Forma Pauperis [61] and Motion to Appoint Counsel [62]. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge White's Report and Recommendation issued November 25, 2008 is hereby ADOPTED. Movant's Motion to Proceed In Forma Pauperis [61] is GRANTED. Movant's Motion for Appointment of Counsel [62] is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida this 30th day of December, 2008.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record